Robert Mortimer, Appellant, v GLS Leasco et al., Respondents. [996 NYS2d 201]—Appeal from an order of the Supreme Court, Genesee County (Robert C. Noonan, A.J.), entered February 26, 2014. The order granted in part the motion of defendants for summary judgment.

It is hereby ordered that the order so appealed from is

unanimously affirmed without costs. Present—Smith, J.P., Centra, Fahey, Lindley and Whalen, JJ.